FILED IN OPEN COURT

NOV 2 1 200?

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:08CR453 |
| | ) | |
| VIDHYANAND MAHASE, | ) | |
| a/k/a "Vick Mahase," | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about October 2007, to in or about March 2008, within the Eastern District of Virginia and elsewhere, the defendant, VIDHYANAND MAHASE, a/k/a "Vick Mahase," did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together with others to unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of oxycodone, also known as "OxyContin," "Oxy," "O.C.," "Hillbilly Heroin," "Killer," and "Coffin," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846).

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: *Shana Wallace*
Shana Wallace
Special Assistant United States Attorney